IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CASE NO. 3:13-00120 |
| vs. ) | JUDGE CAMPBELL/KNOWLES |
| ) | |
| BENITO RAYO ROSAS ) | |

### ORDER

Pursuant to the Court's previous Order (Docket No. 85), the Government has filed a Response to Petitioner's "Petition for a Hearing to Adjudicate the Validity of Interest in the Property Pursuant to Title 21, United States Code, Section 853(n)." Docket No. 83. In the Response, the Government states that it has no objection to Petitioner's request for a hearing, upon completion of discovery in this matter. The Government seeks a period of ninety (90) days for discovery prior to the hearing.

Petitioner may, but is not required to, file a Reply to the Government's Response. If Petitioner chooses to file such a Reply, it shall be filed on or before August 11, 2014.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge